# EXHIBIT A

1:14-ml-02570-RLY-TAB  IN RE: COOK MEDICAL INC.

1:20-cv-03272-RLY-TAB  HOAGLIN v. COOK INCORPORATED et al

1:21-cv-00291-RLY-TAB  FORD v. COOK INCORPORATED et al

1:21-cv-00294-RLY-TAB  LAKE v. COOK INCORPORATED et al

1:21-cv-00314-RLY-TAB  SHAW v. COOK INCORPORATED et al

1:21-cv-00396-RLY-TAB  FORMIGLIO et al v. COOK INCORPORATED et al

1:21-cv-01083-RLY-TAB  SNIDER v. COOK MEDICAL LLC et al

1:21-cv-01205-RLY-TAB  DISHONG v. COOK INCORPORATED, et al

1:21-cv-01391-RLY-TAB  GONGADZE v. COOK INCORPORATED et al

1:21-cv-02083-RLY-TAB  FLORES v. COOK INCORPORATED et al

1:21-cv-02701-RLY-TAB  ANTHONY v. COOK INCORPORATED et al

1:21-cv-02703-RLY-TAB  CARTWRIGHT v. COOK INCORPORATED et al

1:21-cv-02704-RLY-TAB  FANT v. COOK INCORPORATED et al

1:21-cv-02705-RLY-TAB  WATTS v. COOK INCORPORATED et al

1:21-cv-02800-RLY-TAB  ROSSI v. COOK INCORPORATED et al

1:21-cv-03089-RLY-TAB  ANDRESS v. COOK INCORPORATED et al

1:22-cv-00079-RLY-TAB  KING v. COOK INCORPORATED et al

1:22-cv-00082-RLY-TAB  MILLEDGE v. COOK INCORPORATED et al

1:22-cv-00097-RLY-TAB  WELLS v. COOK INCORPORATED et al

1:22-cv-00104-RLY-TAB  PEREZ v. COOK INCORPORATED et al

1:22-cv-00109-RLY-TAB  CAMERON v. COOK INCORPORATED et al

1:22-cv-00111-RLY-TAB  CHISOLM v. COOK INCORPORATED et al

1:22-cv-00114-RLY-TAB  HOWELL v. COOK INCORPORATED et al

1:22-cv-00152-RLY-TAB  SIMMONS v. COOK INCORPORATED et al

1:22-cv-00174-RLY-TAB  MCGRATH v. COOK INCORPORATED et al

1:22-cv-00234-RLY-TAB  MCCOWAN v. COOK INCORPORATED et al

1:22-cv-00236-RLY-TAB  SMITH v. COOK INCORPORATED et al

1:22-cv-00355-RLY-TAB   CARPENTER v. COOK INCORPORATED et al

1:22-cv-00727-RLY-TAB   CALLAHAN v. COOK INCORPORATED et al

1:22-cv-00731-RLY-TAB   JAMES v. COOK INCORPORATED et al

1:22-cv-00736-RLY-TAB   MESA v. COOK INCORPORATED et al

1:22-cv-00738-RLY-TAB   OSTOJIC v. COOK INCORPORATED et al

1:22-cv-00922-RLY-TAB   CARAY v. COOK INCORPORATED et al

1:22-cv-00923-RLY-TAB   BABB v. COOK INCORPORATED et al

1:22-cv-00947-RLY-TAB   BROWN v. COOK INCORPORATED et al

1:22-cv-01352-RLY-TAB   ELKINS v. COOK INCORPORATED et al

1:22-cv-01355-RLY-TAB   ELLER v. COOK INCORPORATED et al

1:22-cv-01356-RLY-TAB   JOHNSON v. COOK INCORPORATED et al

1:22-cv-01361-RLY-TAB   OKONESKI v. COOK INCORPORATED et al

1:22-cv-01380-RLY-TAB   TYYNISMAA-PRINGLE v. COOK INCORPORATED et al

1:22-cv-01389-RLY-TAB   CHAMBERS v. COOK INCORPORATED et al

1:22-cv-01390-RLY-TAB   THEODOSOPOULOS v. COOK INCORPORATED et al

1:22-cv-01392-RLY-TAB   SHEPPARD-SANDERS v. COOK MEDICAL LLC et al

1:22-cv-01393-RLY-TAB   CHANEY v. COOK INCORPORATED et al

1:22-cv-01397-RLY-TAB   GRAY v. COOK MEDICAL LLC et al

1:22-cv-01404-RLY-TAB   YOUNG v. COOK INCORPORATED et al

1:22-cv-01409-RLY-TAB   JOHNSON v. COOK INCORPORATED et al

1:22-cv-01413-RLY-TAB   LANDRUM v. COOK INCORPORATED et al

1:22-cv-01416-RLY-TAB   LEON v. COOK MEDICAL LLC et al

1:22-cv-01430-RLY-TAB   CAROZZA VS. COOK INCORPORATED

1:22-cv-01432-RLY-TAB   HICKEY v. COOK MEDICAL LLC et al

1:22-cv-01433-RLY-TAB   O'DONNELL v. COOK MEDICAL LLC et al

1:22-cv-01435-RLY-TAB   SCOTT v. COOK INCORPORATED et al

1:22-cv-01437-RLY-TAB   STANLEY v. COOK MEDICAL LLC et al

1:22-cv-01440-RLY-TAB   JEAN-PIERRE v. COOK MEDICAL LLC et al

1:22-cv-01443-RLY-TAB   SMITH v. COOK INCORPORATED et al

| | |
|---|---|
| 1:22-cv-01452-RLY-TAB | MCEACHERN-BROWN et al v. COOK INCORPORATED |
| 1:22-cv-01799-RLY-TAB | GAVEL et al v. COOK INCORPORATED |
| 1:22-cv-02110-RLY-TAB | KERR v. COOK INCORPORATED et al |
| 1:22-cv-02111-RLY-TAB | ROBARDS v. COOK INCORPORATED et al |
| 1:22-cv-02112-RLY-TAB | LARKO v. COOK INCORPORATED et al |
| 1:23-cv-01351-RLY-TAB | HENCHEN v. COOK INCORPORATED et al |
| 1:23-cv-01470-RLY-TAB | ALARCO v. COOK INCORPORATED et al |
| 1:23-cv-01957-RLY-TAB | ARMSTEAD v. COOK INCORPORATED et al |
| 1:23-cv-02055-RLY-TAB | MCNALLY v. COOK INCORPORATED et al |
| 1:23-cv-07027-RLY-TAB | HOLLIS v. COOK INCORPORATED et al |
| 1:23-cv-07053-RLY-TAB | CARLYLE v. COOK INCORPORATED et al |
| 1:24-cv-00170-RLY-TAB | HAWKINS v. COOK INCORPORATED et al |
| 1:24-cv-00176-RLY-TAB | HAYES v. COOK INCORPORATED et al |
| 1:24-cv-00179-RLY-TAB | KENNEDY v. COOK INCORPORATED et al |
| 1:24-cv-00181-RLY-TAB | PRICE v. COOK INCORPORATED et al |
| 1:24-cv-00187-RLY-TAB | REEVES v. COOK INCORPORATED et al |
| 1:24-cv-00194-RLY-TAB | VORIS v. COOK INCORPORATED et al |